UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SARAH C. EIBL,

   Plaintiff,

v.                 Case No. 17-cv-240-pp

NANCY A. BERRYHILL,

   Defendant.

---

**ORDER REMANDING CASE UNDER SENTENCE FOUR**

---

   The plaintiff filed a complaint seeking review of the ALJ's decision denying her application for disability insurance benefits. Dkt. No. 1. In her brief, the plaintiff asked the court to either reverse the ALJ's decision and remand for an award of benefits or remand for additional proceedings. Dkt. No. 11 at 19. The defendant's three-page response agreed that the court should remand for additional proceedings, citing language from sentence four of 42 U.S.C. §405(g). Dkt. No. 14. The plaintiff responded by agreeing to remand, and asking the court to require the ALJ to separately address her concerns. Dkt. No. 16.

   The court **REVERSES** the decision of the Commissioner and **REMANDS** the case for further administrative action under sentence four of 42 U.S.C. §405(g). On remand, the ALJ shall: (1) re-evaluate the opinions of Dr. Jennifer Schroderus and Dr. Kathleen Brass, addressing the factors required by 20 C.F.R. §404.1527(c) and re-contacting these providers for clarification if

1

necessary; (2) re-evaluate the plaintiff's impairments in social functioning and concentration, persistence, or pace and include the limitations in the residual functional capacity assessment; and (3) account for the combined effect of all of the plaintiff's physical impairments, including obesity.

Dated in Milwaukee, Wisconsin this 11th day of December, 2018.

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**